Margaret GORDON, Appellant,

v.

**MISSOURI BOARD OF PROBATION AND PAROLE, Respondent.**

**No. WD 67057.**

Missouri Court of Appeals, Western District.

March 6, 2007.

Margaret Gordon, Chillicothe, MO, pro se.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before: LISA WHITE HARDWICK, P.J., ROBERT G. ULRICH, and THOMAS H. NEWTON, JJ.

**ORDER**

PER CURIAM.

Ms. Margaret Gordon appeals the judgment of the circuit court granting the Mis-

souri Board of Probation and Parole's motion for judgment on the pleadings.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).